LOUIS H. WAHL, as Administrator of the Estate of JULIUS P. WAHL, Deceased, et al., Respondents, *v.* GEORGE L. LEWIS et al., Appellants.

*Wahl* v. *Lewis*, 131 App. Div. 921, affirmed.
(Argued May 3, 1910; decided May 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover moneys alleged to have been recovered by defendants as attorneys and wrongfully retained by them.

*Helen Z. M. Rogers, Charles B. Sears* and *William C. Carroll* for appellants.

*Elijah W. Holt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.